IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDSLEY TROY GRIFFIN,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:23CV356<br><br>**SECOND AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that the parties' joint motion to extend is granted. (Filing No. 34). The unexpired deadlines in the final progression order are amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held, with the undersigned magistrate judge on **August 22, 2025** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 29)

2) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by September 12, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 29, 2025.

4) The deadline for filing motions to dismiss and motions for summary judgment is October 10, 2025.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 10, 2025.

6)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 11th day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge