IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDSLEY TROY GRIFFIN,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:23CV356<br><br>INDEX |

The documents attached to this filing were submitted by the parties in support of their respective positions during the discovery dispute call on September 5, 2025. The documents shall be filed under <u>restricted access.</u>

Dated this 5th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge